IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEW NGC, INC. d/b/a National Gypsum Company, NGC INDUSTRIES, LLC, and NATIONAL GYPSUM PROPERTIES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Alpinebay, Inc.,<br><br>    Defendant. | Case No. 19-CV-03978<br><br>Judge John F. Kness<br><br>Mag. Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

Pursuant to Court Orders dated April 22, 2020 and April 30, 2020 (Dkt. #99, 101), the parties hereby submit the following joint report.

**I.**     **Progress of Expert Discovery**

The parties have been diligently working on expert discovery. Plaintiffs' chief concern when they filed their motion to extend the expert discovery schedule (Dkt. # 86) was that they would not have sufficient time to review Defendant's February 28, 2020 document production containing an additional 23,100 documents and 136,000 pages of discovery. Pursuant to the Court's recent amendment to the discovery schedule, the deadlines for expert discovery are:

    6/19/2020 – Disclosure and reports of retained experts deadline
    7/20/2020 – Any rebuttal reports deadline
    9/18/2020 – All expert depositions and expert discovery to be completed

This schedule should allow sufficient time for completion of the review of documents and preparation of expert reports. The parties may need further Court guidance regarding the conduct of expert depositions in light of the on-going COVID-19 pandemic.

## II.     Status of Settlement Discussions

<u>Plaintiffs</u>

Plaintiffs remain interested in exploring settlement and rescheduling the previously cancelled settlement conference with the Court. On March 23, 2020, in light of the Court's minute order encouraging the parties to consider whether they wish to attempt to settle the case (Dkt. # 95), counsel for Plaintiffs asked counsel for Defendant whether Defendant was interested in mediating.

<u>Defendant</u>

Defendant has no interest in a settlement conference because there is no indication, of any kind, that the parties will find any agreement. Alpinebay's counsel declined Plaintiffs' request to mediate because the parties have discussed settlement *ad nauseum* in this matter. The parties' settlement positions have not changed in any respect since the litigation commenced.

Defendant's insurer has requested a written settlement demand which Plaintiffs have prepared and which is in keeping with the Court's settlement conference requirements. Plaintiffs will send this letter to Defendant's counsel and the insurer. Plaintiffs have asked for the insurer to sign the Undertaking to the Agreed Protective Order prior to sending the letter.

Dated: May 6, 2020

| | |
|---|---|
| Respectfully submitted,<br><br>/s/Nicholas A. Casto<br>Alice A. Kelly (6281897)<br>Shyla N. Jones (6309356)<br>Nicholas A. Casto (8308722)<br>Ice Miller LLP<br>200 West Madison Street, Suite 3500<br>Chicago, IL 60606<br>312.726.1567<br>alice.kelly@icemiller.com<br>shyla.jones@icemiller.com<br>nicholas.casto@icemiller.com<br><br>*Attorneys for Plaintiffs* | Respectfully submitted,<br><br>/s/Eric Menhart<br>Eric Menhart, Esq.<br>Lexero Law<br>316 F St NE, Suite 101<br>Washington, DC 20002<br>Eric.menhart@lexero.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was served upon Defendant's counsel on May 6, 2020, via email at the following address:

      Eric Menhart, Esq.
      Lexero Law
      316 F St NE, Suite 101
      Washington, DC 20002
      Eric.menhart@lexero.com

      /s/ Nicholas A. Casto

C\1498716.1