**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEW NGC, INC. d/b/a National Gypsum Company, NGC INDUSTRIES, LLC, and NATIONAL GYPSUM PROPERTIES, LLC, | ) ) ) |
| | ) Case No. 1:19-CV-03978 |
| Plaintiffs, | ) |
| | ) Judge John F. Kness |
| v. | ) |
| | ) Mag. Judge Gabriel A. Fuentes |
| Alpinebay, Inc., | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated May 21, 2020 (Dkt. #105), the parties hereby submit the following joint status report.

**I.      Progress of Expert Discovery**

The parties have been diligently working on expert discovery.  The following summarizes the progress of expert discovery since the last Joint Status Report filed with the Court on May 6, 2020 (Dkt. #103):

6/19/2020: Plaintiffs served Plaintiffs' Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2) along with expert reports from three experts.

7/20/2020: Defendant served Defendant's Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2) along with three rebuttal expert reports.

8/04/2020 – 08/14/2020: Defendant deposed Plaintiffs' three experts.

9/10/2020: Plaintiffs deposed one of Defendant's experts.

9/15/2020 – 9/17/2020: Plaintiffs are scheduled to depose Defendant's remaining two experts.

Pursuant to the Court's current discovery schedule, the deadline for the close of expert discovery is September 18, 2020.

The parties do not anticipate any issues through the close of expert discovery.

## II. Status of Briefing of Any Unresolved Motions

There are no presently pending motions.

## III. Status of Settlement Discussions

On August 18, 2020 and September 4, 2020, counsel for the parties discussed a construct for potential settlement of the case. Additional discussions are needed to determine if this construct may be viable for further negotiations, and counsel expect to continue those discussions in the coming days/weeks. In light of these discussions, the parties believe mediation may possibly be useful to facilitate settlement negotiations if settlement negotiations proceed positively in the next several weeks.

Dated: September 11, 2020

Respectfully submitted,

Respectfully submitted,

/s/ John J. Tully, Jr.

/s/ Eric Menhart

John J. Tully, Jr. (6226266)
Tully & Associates
33 N. Dearborn Street
Suite 2450
Chicago, IL 60602
(312) 917-2400
Email: jtully@tullyassoc.com

Eric Menhart, Esq.
Lexero Law
316 F St NE, Suite 101
Washington, DC 20002
Eric.menhart@lexero.com

*Counsel for Defendant*

Kathryn G. Cole (*pro hac vice*)
N.C. State Bar No. 39106
J. Mark Wilson (*pro hac vice*)
N.C. State Bar No. 25763
MOORE & VAN ALLEN PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(704) 331-1000
(704) 331-1159 (facsimile)
E-mail: katecole@mvalaw.com
E-mail: markwilson@mvalaw.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned certifies that a true and correct copy of the foregoing was served upon Defendant's counsel on September 11, 2020, via the Court's CM/ECF filing system.


                                                 _____ /s/ John J. Tully, Jr.