# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

New NGC, Inc., et al.

Plaintiff,

v.

Alpinebay, Inc.

Defendant.

Case No.: 1:19−cv−03978

Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2020:

MINUTE entry before the Honorable Gabriel A. Fuentes: Upon review of the parties' joint written status report (doc. #[119]), the Court directs the parties to file a joint written status report by 5:00 p.m. on 10/16/20 addressing the closure of expert discovery and any interest in scheduling a mediation. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.