**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

ProForm Finishing Products, LLC, et al.
              Plaintiff,

v.                   Case No.: 1:19−cv−03978
                   Honorable John F. Kness

Alpinebay, Inc.
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 22, 2023:

  MINUTE entry before the Honorable John F. Kness: The jury trial set for 5/15/2023 [183] remains firm. An **in−person** pretrial conference is set for 5/4/2023 at 1:30 PM. By 5:00 PM on 4/20/2023, the proposed pretrial order and accompanying materials are due. Visit Judge Kness's website for the very detailed requirements in the standing order; (see link entitled "Proposed Pretrial Orders (Civil Cases)"). The parties are advised that Judge Kness's courtroom is equipped with an integrated electronic evidence presentation system. Parties will no longer be permitted to bring their own projection or audio−visual equipment to display evidence electronically during trial. Any party desiring to use the Court's electronic evidence presentation system must confirm by e−mailing Judge Kness's courtroom deputy that the person who will be operating the equipment either (1) has participated in a training session with the Systems Department, or (2) does not require training because they have used the system for a trial in this courthouse previously. Parties may arrange for training by contacting the Systems Department at (312) 435−5555. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.