**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PROFORM FINISHING PRODUCTS, LLC f/k/a New NGC, Inc. d/b/a National Gypsum Company and GOLD BOND BUILDING PRODUCTS, LLC, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:19-cv-03978 |
| v. | ) Judge John F. Kness |
| Alpinebay, Inc., | ) Mag. Judge Gabriel A. Fuentes |
| Defendant. | ) |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff, by its attorneys, respectfully requests that this Court grant John J. Tully, Jr. leave to withdraw his appearance in this matter. In support of this Motion, Plaintiff states as follows:

1. Mr. Tully has been local counsel for Plaintiff in this case.

2. Mr. Tully has been appointed Associate Judge in the Circuit Court of Cook County.

WHEREFORE, Plaintiff respectfully requests that the Court grant Mr. Tully leave to withdraw.

         Respectfully submitted,

         TULLY & ASSOCIATES

         By: */s/ John J. Tully, Jr.*

         John J. Tully, Jr. (ARDC: 6226266)
         33 N. Dearborn St., Suite 2450
         Chicago, Illinois 60602
         (312) 917-8700
         E-Mail: jtully@tullyassoc.com

55853050;1

Kathryn G. Cole (*pro hac vice*)
N.C. State Bar No. 39106
J. Mark Wilson (*pro hac vice*)
N.C. State Bar No. 25763
MOORE & VAN ALLEN PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(704) 331-1000
(704) 331-1159 (facsimile)
E-mail: katecole@mvalaw.com
E-mail: markwilson@mvalaw.com
*Counsel for Plaintiffs*