# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROFORM FINISHING PRODUCTS, LLC *d/b/a National Gypsum Company formerly known as New NGC, Inc.*, and GOLD BOND BUILDING PRODUCTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALPINEBAY, INC., <br><br> Defendant. | No. 19-cv-03978 <br><br> Judge John F. Kness |

## ORDER

Plaintiffs' unopposed motion to seal the courtroom and record (Dkt. 204) for the limited, brief portion of the testimony of Plaintiffs' witness John Watt regarding Plaintiffs' annual sales revenues for products sold bearing the trademarks asserted in this matter is granted.

Defendant's motion to seal or otherwise restrict public access (Dkt. 206) regarding Defendant's tax returns is granted.

Date: May 11, 2023

_____
JOHN F. KNESS
United States District Judge