IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ProForm Finishing Products, LLC f/k/a New NGC, Inc. d/b/a National Gypsum Company and Gold Bond Building Products, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-CV-03978 |
| v. | ) ) | Judge John F. Kness |
| Alpinebay, Inc., | ) ) | Mag. Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |

## PLAINTIFFS' LIST OF INDIVIDUALS AT TRIAL

Plaintiffs hereby provide a list of individuals that will be present at trial:

| *Counsel* | *Party Representatives* | *Expert Witnesses* |
|---|---|---|
| Kathryn G. Cole | John Watt | Sarah Butler |
| J. Mark Wilson | Heyward Bouknight | Justin Lewis |
| Samuel C. Merritt | Bo Hussey | |
| Kaity Y. Emerson | | |
| Matthew C. Hawkins (paralegal) | | |
| Alannah M. Boatright (paralegal) | | |

Dated: May 14, 2023

Respectfully submitted,

/s/ Kathryn G. Cole

Kathryn G. Cole
N.C. State Bar No. 39106
J. Mark Wilson (*pro hac vice*)
N.C. State Bar No. 25763
Samuel C. Merritt (*pro hac vice*)
N.C. State Bar No. 47945
Kaity Y. Emerson (*pro hac vice*)

2

        N.C. State Bar No. 57882
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(704) 331-1000
(704) 331-1159 (facsimile)
E-mail: katecole@mvalaw.com
E-mail: markwilson@mvalaw.com
E-mail: sammerritt@mvalaw.com
E-mail: kaityemerson@mvalaw.com

*Counsel for Plaintiffs*