## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

ProForm Finishing Products, LLC, et al.

                                       Plaintiff,

v.                                                         Case No.: 1:19–cv–03978
                                                                       Honorable John F. Kness

Alpinebay, Inc.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2023:

      MINUTE entry before the Honorable John F. Kness: Jury trial held. Evidence, argument, and jury instructions completed. Jury deliberations begin and are continued to 5/23/2023 at 9:00 a.m. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.