**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ProForm Finishing Products, LLC f/k/a New NGC, Inc. d/b/a National Gypsum Company and Gold Bond Building Products, LLC, | ) ) ) | |
| | ) | Case No. 1:19-CV-03978 |
| Plaintiffs, | ) | |
| | ) | Judge John F. Kness |
| v. | ) | |
| | ) | |
| Alpinebay, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO REINSTATE THE CASE**

Pursuant to Section 6 of this Court's Stipulated Permanent Injunction and Final Judgment (Dkt. #249) (the "Permanent Injunction"), Plaintiffs ProForm Finishing Products, LLC f/k/a New NGC, Inc. d/b/a National Gypsum Company and Gold Bond Building Products, LLC (collectively, "National Gypsum"), move for an order to reinstate this case so that the Court may consider National Gypsum's Motion to Enforce the Settlement Agreement and for an Order to Show Cause, filed contemporaneously herewith (the "Motion to Enforce"). National Gypsum seeks the Court's assistance in addressing the continued use of purple by Defendant Alpinebay, Inc. ("Alpinebay"), in violation of the Permanent Injunction and the parties' Confidential Settlement and Release Agreement (the "Settlement Agreement").

In support of this Motion, National Gypsum states, as follows:

**FACTUAL BACKGROUND**

1.      On May 23, 2023, following a six-day jury trial, the jury returned a verdict in favor of National Gypsum on all claims and issues in this action, finding that (i) Alpinebay willfully infringed National Gypsum's purple color and PURPLE word trademark rights (Counts

I-III), (ii) $5,500,000 of Alpinebay's profits should be awarded to National Gypsum, (iii) Alpinebay willfully committed violations of the Illinois Consumer Fraud and Deceptive Business Practices Act and the Illinois Uniform Deceptive Trade Practices Act (Counts IV-V), and (iv) Alpinebay's trademark registration for PURPLEGARD should be cancelled (Count VI). (*See* Dkt. #227.)

2.      On September 15, 2023, the Court entered a Stipulated Permanent Injunction and Final Judgment, pursuant to and based on the parties' Settlement Agreement. (*See* Dkt. #249.)

3.      Pursuant to the Permanent Injunction, Alpinebay was required to permanently cease using the color purple in any shade in connection with the advertising, offering and sale of building products. (*See id.*) Alpinebay's deadline to cease any such use of any shade of purple was February 2, 2024. (*See id.*)

4.      As discussed in detail in National Gypsum's recently-filed Motion for Extension of Time with Consent (Dkt # 252) and in its Motion to Enforce filed contemporaneously herewith, Alpinebay has continued to use its original shade of purple and at least two new shades of purple in connection with the sale and marketing of its products.

5.      For example, well after the February 2 deadline for compliance, Alpinebay advertised its wall niches in a different shade of purple on its website, with the niches also available for sale and shipment through Home Depot and Lowe's (see attached Exhibit A):



6.     Additionally, long after the February 2 deadline for compliance, Alpinebay continued to promote through its website and on its YouTube channel an Alpinebay YouTube video demonstrating installation of an Alpinebay purple wall niche (see attached Exhibit B).

7.     Furthermore, Alpinebay continues to advertise its wall niches using marketing, promotional and other materials bearing the original infringing shade of purple, including at least a product brochure, installation guide, warranty document, and use and care manual (see attached Exhibit C).

## ARGUMENT

8.     Section 6 of the Permanent Injunction provides that the dismissal of this case without prejudice will automatically convert to a dismissal with prejudice on February 16, 2024, unless, on that date, a motion to reinstate the case, a motion to enforce the Settlement Agreement, or a motion for additional time to file any of the foregoing motions is pending before the Court.  (*See* Dkt. #249.)

9.     On February 16, 2024, in accordance with Section 6 of the Permanent Injunction, National Gypsum filed a Motion for Extension of Time with Consent.  (*See* Dkt. #252.)  On February 22, 2024, this Court granted National Gypsum's Motion for Extension of Time with Consent and granted National Gypsum leave to file a motion to reinstate the case or a motion to enforce the Settlement Agreement by March 18, 2024.  (*See* Dkt. #253.)

10.     While counsel for National Gypsum has raised issues of non-compliance with counsel for Alpinebay, violations have continued and remain ongoing.  As such, National Gypsum seeks the Court's assistance to enforce the Settlement Agreement and hold Alpinebay in contempt.

3

11.     For the foregoing reasons, National Gypsum now respectfully requests that this Court enter an Order to reinstate this case in order for National Gypsum to file a Motion to Enforce the Settlement Agreement and for an Order to Show Cause, which National Gypsum is filing concurrently herewith.

Dated: March 18, 2024.

Respectfully submitted,

/s/ Kathryn G. Cole

Kathryn G. Cole
N.C. State Bar No. 39106
J. Mark Wilson (*pro hac vice*)
N.C. State Bar No. 25763
Samuel C. Merritt (*pro hac vice*)
N.C. State Bar No. 47945
Kaity Y. Emerson (*pro hac vice*)
N.C. State Bar No. 57882
MOORE & VAN ALLEN PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(704) 331-1000
(704) 331-1159 (facsimile)
E-mail: katecole@mvalaw.com
E-mail: markwilson@mvalaw.com
E-mail: sammerritt@mvalaw.com
E-mail: kaityemerson@mvalaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served upon Defendant's counsel on March 18, 2024, via the Court's CM/ECF filing system.


Date: March 18, 2024                                   /s/ Kathryn G. Cole