# Exhibit A

February 12 2024
12 12 52
11" X 16" – Medium Rectangular Niche – Alpinebay Pre Production
https://alpinebay.com/product/11-x-16-medium-rectangular-niche/



HOME　BRANDS　ABOUT　BECOME A DEALER　RESOURCES　WHERE TO BUY　CONTACT



## 11" X 16" – MEDIUM RECTANGULAR NICHE

Outside: 14-1/4″ x 19-1/4″ x 3-3/4″
Inside: 11-1/4″ x 16-1/4″ x 3-5/8″
Rough-in: 11-1/2″ x 16-1/2″ x 3-3/4″

Introducing EZ-NICHES® from Alpinebay® – the ultimate solution for hassle-free recessed niche construction. Say goodbye to the costly and time-consuming process of building from scratch. Our prefabricated design is ready to tile, allowing you to create a stunning shower niche in a matter of minutes.

Crafted from recycled ABS, a lightweight and durable material, EZ-NICHES® offer exceptional strength and longevity. These niches not only provide a functional storage space for your shower essentials but also serve as a stylish focal point for decorative tiles. With multiple sizes available, the possibilities for creating unique and personalized designs are endless.

Upgrade your bathroom with EZ-NICHES® and experience the convenience, durability, and aesthetic appeal they bring. Say hello to a simplified niche installation process and hello to a beautiful and organized shower space.

      

 

February 22 2024
11 11 03
EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche EZ-LRN - The Home Depot
https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001

SAME-DAY* & NEXT-DAY DELIVERY *Order Select Items by 4 p.m. Exclusions Apply.

Midtown 10PM    30308    ez niche    Shop All    Services    DIY    Me    Cart

... / Bath / Showers / Shower Walls & Surrounds / Shower Niches

Internet # 206527001   Model # EZ-LRN   Store SKU # 1003062103

EZ Niche
14 in. x 22 in. x 4 in. Large Rectangular Niche

(14)   Questions & Answers (8)

$77.59

Pay $52.59 after $25 OFF your total qualifying purchase upon opening a new card.
Apply for a Home Depot Consumer Card

- Save time and money with easy installation
- Mount vertically or horizontally
- Measures 22 in. H x 14 in. W x 4 in. D

View More Details

Pickup at Midtown
Ship to Store
Feb 29 - Mar 4
996 available
FREE

Delivering to 30308
Delivery
Friday, Mar 1
996 available
FREE

- 1 +   Add to Cart
— or —
Buy now with PayPal

Free & Easy Returns In Store or Online
Return this item within 90 days of purchase. Read Return Policy

Hover Image to Zoom

Share   Print

## Frequently Bought Together

| CURRENT ITEM | | | | | |
|---|---|---|---|---|---|
| Select | Select | Select | Select | Select (Best Seller) | Select (Best Seller) |
| EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche | EZ Niche Shelf Only for Large Rectangular Niche | Saint-Gobain ADFORS FibaTape Alkali-Resistant 2 in. x 150 ft. Self-... | Custom Building Products RedGard 1 Gal... | USG Durock Brand 1/2 in. x 3 ft. x 5 ft. Cement Board with... | Backer-On #9 x 1-1/4 in. Serrated Flat Head Star Driv... |
| (14) | (2) | (265) | (1223) | (854) | (970) |
| $77.59 | $15.46 | $7.87 | $55.97 | $11.94 | $34.98 |

1/1

Subtotal: $203.81

Add 6 Items to Cart

## Product Details

- Save time and money with easy installation
- Mount vertically or horizontally
- Measures 22 in. H x 14 in. W x 4 in. D

**About This Product**

EZ-NICHES are lightweight, durable, and waterproof installation systems for your shower walls and bathrooms. They are easy to install, versatile, and come in a range of sizes and configurations to fit a variety of shower designs. Use modified thin-set mortar to adhere tile directly onto the EZ-NICHES for a seamless and professional look to your shower design. With EZ-NICHES, you can eliminate messy and unattractive shower necessities and enjoy a clean and organized space.

- Saves time and money compared to traditional niche construction methods
- Water and mildew proof for a long-lasting and durable installation
- Versatile installation options, can be installed horizontally or vertically
- Made from eco-friendly recycled ABS plastic, a sustainable and environmentally-friendly material
- Fits all standard wall framing for a hassle-free installation process.
- Range of sizes and configurations available to fit a variety of shower designs
- Modified thin-set mortar is a strong and durable adhesive that adheres tile directly onto the EZ-NICHES installation system for a long-lasting and secure hold.
- Made in USA
- Install vertically or horizontally
- Return Policy

Product ID #: 206527001
Internet #: 854185006056
Model #: EZ-LRN

### Additional Resources

Shop All EZ Niche

**From the Manufacturer**

- Warranty
- Installation Guide
- Product Brochure
- Use and Care Manual
- Return Policy

DEERVALLEY
Ace 1-Piece 0.8/1.28 GPF Dual Flush Elongated Toilet ...
(11)
$346.00 /box $395.00
Save $49.00 (12%)
Shop Now

Sponsored

February 22 2024
11 11 03
EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche EZ-LRN - The Home Depot
https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001

## Specifications

Dimensions: H 14 in, W 22 in, D 3.63 in

### Dimensions

| | | | |
|---|---|---|---|
| Product Depth (in.) | 3.63 in | Product Height (in.) | 14 in |
| Product Width (in.) | 22 in | | |

### Details

| | | | |
|---|---|---|---|
| Color Family | Purple | Color/Finish | Tile will be installed over the surface of the niche |
| Features | No Additional Features | Material | Acrylonitrile Butadiene Styrene (ABS) |
| Number of Shower Pieces | 1 Piece | Pack Size | 1 |
| Product Weight (lb.) | 3.22 lb | Returnable | 90-Day |

### Warranty / Certifications

| | | | |
|---|---|---|---|
| Certifications and Listings | No Certifications or Listings | Manufacturer Warranty | 5 years limited |

How can we improve our product information? Provide feedback.

## Questions & Answers

8 Questions

## Customer Reviews

4.5 out of 5 ★★★★½ (14)

## Sponsored Products

**DreamLine**
Seneca 56 in. to 60 in. W x 76 in. H Sliding Frameless Show…
★★★★½ (324)
$629.99 ~~$741.99~~ Save $112.00 (15%)
Add to Cart

**STERLING**
Ensemble 60 x 30 Alcove Shower Pan Base with Left…
★★★★ (595)
$299.00
Add to Cart

**DEERVALLEY**
DeerValley Ally 12 in. Rough in Size 1-Piece 0.8/1.28 GPF Du…
★★★★★ (12)
$285.00 /box
Add to Cart

**STERLING**
Accord 36 in. x 60 in. x 74-1/2 in. Standard Fit Shower Kit wi…
★★★½ (855)
$1418.40
Add to Cart

**DEERVALLEY**
Ally 10 in. Rough in Size 1-Piece 0.8/1.28 GPF Dual Flus…
★★★★½ (10)
$349.00 /box
Add to Cart

**STERLING**
STORE+ 30 in. x 60 in. Single Threshold Left-Hand Shower…
★★★★ (590)
$931.99 /bundle
Add to Cart

1/4

## Compare Similar Items

CURRENT ITEM

**EZ Niche**
14 in. x 22 in. x 4 in. Large Rectangular Niche
★★★★½ (14)
$77.59

**Tile Redi**
Redi Niche Shampoo - Soap Niche 16 in. W x 14 in. H x 4 in. D Standard Single Niche
★★★★½ (189)
$55.00

**Tile Redi**
Redi Niche 16 in. x 14 in. Double Niche Set
★★★★ (24)
$105.00

**Schluter Systems**
12 in. W x 20 in. H x 3.5 in. D Kerdi-Board-SN Shower Niche in Orange
★★★★½ (75)
$129.00

| | | | |
|---|---|---|---|
| **Material** | | | |
| Acrylonitrile Butadiene Styrene (ABS) | High-Impact Polystyrene (HIPS) | High-Impact Polystyrene (HIPS) | Foam |
| **Features** | | | |
| No Additional Features | Shelves, Tile Ready | Shelves, Tile Ready | Tile Ready |
| **Number of Shower Pieces** | | | |
| 1 Piece | 1 Piece | 2 Pieces | 2 Pieces |



February 22 2024
11 11 03
EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche EZ-LRN - The Home Depot
https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001

## Loading Recommendations

## Related Searches

bath niche | soft white | tile wall shampoo soap niche | ez niche | shower wall niche | shower niche tile ready12x24

## Related Products

**Redi Niche Shampoo - Soap Niche 16 in. W x 14 in. H x 4 in. D...**

Tile Redi is the inventor of Tile Ready shower products. Tile R...

View Product

**Kerdi-Board-SN 12 in. x 28 in. Shower Niche**

Kerdi-Board-SN 12 in. x 28 in. Shower Niche is a prefabricate...

View Product

**Over Mount Installation 16 in. x 28 in. ABS Single Shelf Bathroo...**

Concerned about mold and leakage in your contractor...

View Product

**12 in. W x 20 in. H x 3.5 in. D Kerdi-Board-SN Shower Niche in...**

Kerdi-Board-SN 12 in. x 20 in. Shower Niche is a prefabricate...

View Product

How doers get more done™

Need Help? Please call us at: **1-800-HOME-DEPOT**(1-800-466-3337)

Customer Service
- Check Order Status
- Pay Your Credit Card
- Order Cancellation
- Returns
- Shipping & Delivery
- Product Recalls
- Help & FAQs
- Privacy & Security Center

Resources
- Specials & Offers
- Military Discount Benefit
- DIY Projects & Ideas
- Truck & Tool Rental
- Installation & Services
- Moving Supplies & Rentals
- Protection Plans
- Rebate Center
- Gift Cards
- Catalog
- Subscriptions

About Us
- Careers
- Corporate Information
- Digital Newsroom
- Home Depot Foundation
- Investor Relations
- Government Customers
- Suppliers & Providers
- Affiliate Program
- Eco Actions
- Corporate Responsibility
- Home Depot Licensing Information

Special Financing Available everyday*

Pay & Manage Your Card

Credit Offers

Get $5 off when you sign up for emails with savings and tips.

Enter Email Address GO

Shop Our Brands

© 2000-2024 Home Depot. All Rights Reserved. Use of this site is subject to certain Terms Of Use.
Local store prices may vary from those displayed. Products shown as available are normally stocked but inventory levels cannot be guaranteed.
For screen reader problems with this website, please call 1-800-430-3376 or text 38698 (standard carrier rates apply to texts).

Stores ©2000-2024 Home Depot Privacy & Security Statement Terms My Preference Center California Privacy Rights & Report Limit the Use of My Sensitive Personal Information Do Not Sell or Share My Personal Information California Supply Chain Act
Site Map Store Directory





March 05 2024
11 11 55
EZ-NICHES Recessed Shower Shelfs in the Shower Shelves & Accessories department at Lowes.com
https://www.lowes.com/pd/EZ-NICHES-Recessed-Shower-Shelfs/5014967469

JOIN. EARN. SAVE. OUR NEW LOYALTY PROGRAM IS HERE. LEARN MORE >

Central Charlotte Lo... | Delivery to 28203 | Lowe's Credit Center | Order Status | Weekly Ad | Lowe's PRO
Open until 9 PM

Shop | Savings | Installations | DIY & Ideas | What are you looking for today? | My Lists | Notifications | Sign In | Cart

Back to Results / Bathroom / Showers / Shower Parts & Accessories / Shower Shelves & Accessories

**EZ-NICHES Recessed Shower Shelfs**
Item #5697633 | Model #EZ-XLRN

Shop EZ-NICHES

**$139.91**

- $132.91 when you choose 5% savings on eligible purchases every day. Learn How
- Buy Now, Pay Later — $46.67 with 3 monthly payments. Learn How

- Saves time and money compared to traditional niche construction methods
- Water and mildew proof for a long-lasting and durable installation
- Install vertically or horizontally

Pickup — Ready by Tue, Mar 12 (Est.)
Delivery — As soon as Tue, Mar 12

FREE Pickup at Central Charlotte Lowe's

[–] 10 [+]    Add to Cart

Minimum Qty of 10, Please Select in multiples of 10

Join. Earn. Save. Learn More
Earn My Points on eligible purchases towards MyLowe's Money

Easy & Free Returns
Return your new, unused item in-store or ship it back to us free of charge. Learn More

## BETTER TOGETHER

| CURRENT ITEM | Selected | Selected | Selected |
|---|---|---|---|
| EZ-NICHES Recessed Shower Shelfs | Schluter Systems Shelf Triangular Corner Pure Greige | Schluter Systems Kerdi-Kers Polyethylene Waterproofing Tile Membrane | Fasade 0.5-in W x 47-in L Gloss White PVC J-shape Tile Edge Trim |
| $139.91 | $79.48 | $23.87 | $69.95 |

Subtotal: $1,572.40
Add to cart 13 items

Diamond NOW — Up to 50% OFF select Diamond NOW vanities. Offer ends 3/27/2024. Shop Now
Sponsored

### Overview
- Saves time and money compared to traditional niche construction methods
- Water and mildew proof for a long-lasting and durable installation
- Install vertically or horizontally

### Specifications

**General**

| Color/Finish Family | Multiple colors/finishes | Type | Shower niche |
|---|---|---|---|
| Manufacturer Color/Finish | Magenta | | |

**Dimensions**

| Actual Height (Inches) | 14 | Height (Inches) | 14 |
|---|---|---|---|
| Actual Length (Inches) | 36 | Length (Inches) | 36 |
| Actual Weight (lbs.) | 11 | Thickness (Inches) | 0.125 |
| Actual Width (Inches) | 4 | Width (Inches) | 4 |

**Features**

| Barrier Free | Yes | Material | ABS |
|---|---|---|---|
| Bulb Type | N/A | Mount Orientation | Universal |
| Hardware Included | No | Package Contents | Niche |
| Items Required for Standard Installation | Modified Thin-set Mortar, Silicone Adhesive | Package Quantity | 1 |
| Light Kit Included | No | Wood Species | N/A |

**Warranty**

| Warranty | 5-year limited | | |
|---|---|---|---|



March 05 2024
11 11 55
EZ-NICHES Recessed Shower Shelfs in the Shower Shelves & Accessories department at Lowes.com
https://www.lowes.com/pd/EZ-NICHES-Recessed-Shower-Shelfs/5014967469

**Certifications**

| | | | |
|---|---|---|---|
| CA Residents: Prop 65 Warning(s) | No | Safety Listing | Not safety listed |

Compare

Reviews ☆☆☆☆☆

Community Q & A

## SPONSORED PRODUCTS

Sponsored
$624.00
~~$654.00~~ SAVE 4%
★★★★★ 1
**CASAINC** Matte Black 46-in to 48-in x 72-in Framed Sliding Shower Door
Add to Cart

Sponsored
$529.58
~~$599.00~~ SAVE 11%
★★★★★ 26
**Glass Warehouse** Matte Black 31-1/2-in to 32-in x 78-in Frameless Hinged Shower Door
Add to Cart

Sponsored
$759.00
★★★★★ 26
**Glass Warehouse** Polished Chrome 31-in to 31-1/2-in x 78-in Frameless Hinged Shower Door
Add to Cart

Sponsored
$755.00
~~$884.00~~ SAVE 14%
★★★★★ 27
**Glass Warehouse** Brushed Nickel 60-in to 64-in x 78-in Frameless Sliding Shower Door
Add to Cart

Sponsored
$768.73
~~$1,049.00~~ SAVE 26%
★★★★★ 26
**Glass Warehouse** Matte Black 63-3/4-in to 64-1/4-in x 78-in Frameless Hinged Shower Door
Add to Cart

Sponsored
$538.85
~~$769.79~~ SAVE 30%
★★★★★ 26
**Glass Warehouse** Oil-Rubbed Bronze 32-3/4-in to 33-1/4-in x 78-in Frameless Hinged Shower Door
Add to Cart

## CUSTOMERS ALSO VIEWED

More like this item: Most Viewed | Same Brand | Similar Price

$139.91
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

$54.98
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

$65.48
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

$39.98
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

$54.98
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

$23.48
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

## REGULARLY BOUGHT TOGETHER

$101.99
~~$144.00~~ SAVE 29%
★★★★★ 6
**FlexStone** 3 in. x 96 in. Remodel Trim with 2 in. Lip in Golden Beaches
Add to Cart

$1,219.00
**Tile Redi** 60-in W x 48-in L with Right Drain Single Threshold Rectangle Shower Base (Tileable)
Add to Cart

$1,607.40
~~$1,679.11~~ SAVE 4%
**wedi** Fundo Shower Kit - Primo 42-in x60-in
Add to Cart

$1,174.99
~~$1,320.00~~ SAVE 11%
★★★★☆ 103
**FlexStone** Royale 60-in x 36-in x 80-in 3-Piece Glue To Wall Everest Alcove Shower Wall Surround
Add to Cart

$4.54
★★★★★ 2
**Schluter Systems** Rondec 0.313-in W x 1-in L Bright White Color-coated Aluminum Inside Corner Tile Edge Trim
Add to Cart

$664.99
★★★★☆ 3
**FlexStone** 30-in W x 60-in L with Left Drain Rectangle Shower Base (Sea Salt)
Add to Cart

## PREVIOUSLY VIEWED

$54.98
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

$65.48
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

$39.98
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

$139.91
**EZ-NICHES** Recessed Shower Shelfs
Add to Cart
Minimum qty of 10

## RELATED SEARCHES

EZ-NICHES Shower Shelves & Accessories | Shower Shelf Shower Shelves & Accessories | Shower Niche Shower Shelves & Accessories | 42 Inch Tall Shower Shelves & Accessories | AKDY Sh

**Deals, Inspiration and Trends**
We've got ideas to share.
Email Address
Sign Up

Contact Us & FAQ | Order Status | Lowe's Credit Center | Gift Cards | Installation Services | Lowe's App

March 05 2024
11 11 55
EZ-NICHES Recessed Shower Shelfs in the Shower Shelves & Accessories department at Lowes.com
https://www.lowes.com/pd/EZ-NICHES-Recessed-Shower-Shelfs/5014967469

ABOUT LOWE'S
Who We Are
Careers
Our Responsibilities
Investors
Newsroom
Lowe's Suppliers
Safety Unites Us

STORES & SERVICES
Find a Store
Store Directory
Brand Directory
Store Services
Subscriptions
DIY Workshops
Resources for Pros
Lowe's MVPs Pro Rewards Program
Site Directory
Best Sellers
Lowe's Rental

CUSTOMER SERVICE
FAQ/Contact Us
Rebates
Returns & Exchanges
Shipping & Delivery
Special Orders
Recalls & Product Safety
Protection Plans
Military Discount

CONNECT WITH US

PRIVACY & USE
Terms
Privacy Statement
Interest-Based Ads
Your CA Privacy Rights
Do Not Sell/Share My Personal Information
Limit the Use of My Sensitive Personal Information
CA Residents: Notice of Financial Incentive

© 2024 Lowe's. All rights reserved. Lowe's and the Gable Mansard Design are registered trademarks of LF, LLC.