# Exhibit B

# Video exhibit being filed in hard copy with the Court