# Exhibit B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ProForm Finishing Products, LLC f/k/a New NGC, Inc. d/b/a National Gypsum Company and Gold Bond Building Products, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Alpinebay, Inc.,<br><br>    Defendant. | Case No. 1:19-CV-03978<br><br>Judge John F. Kness |

### AFFIDAVIT OF KAITY Y. EMERSON

I, Kaity Y. Emerson, after being duly sworn state:

1. I am of legal age and am competent to give this affidavit.

2. I am a licensed attorney in the State of North Carolina and an associate at the law firm Moore & Van Allen PLLC ("MVA"), located at 100 North Tryon Street, Suite 4700, Charlotte, North Carolina 28202. I am counsel for Plaintiffs in this matter. I make this affidavit in support of Plaintiffs' Motion to Enforce the Settlement Agreement and for an Order to Show Cause. I have personal knowledge of the facts stated herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of a printout of the webpage located at: https://alpinebay.com/product/11-x-16-medium-rectangular-niche/ as accessed on February 12, 2024.

4. Attached hereto as Exhibit 2 is a true and correct copy of a printout of the webpage located at: https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001 as accessed on February 22, 2024 and a true and correct copy of a

printout of the webpage located at: https://www.lowes.com/pd/EZ-NICHES-Recessed-Shower-Shelfs/5014967469 as accessed on March 5, 2024.

5. Attached hereto as Exhibit 3 is a true and correct copy of a printout of the webpage located at: https://alpinebay.com/product/14-x-22-large-rectangular-niche/ as accessed on February 15, 2024.

6. Attached hereto as Exhibit 4 is a true and correct copy of a printout of the webpage located at: https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001 as accessed on March 18, 2024.

7. Attached hereto as Exhibit 5 is a true and correct copy of a printout of the webpage located at: https://www.homedepot.com/s/purple%20shower%20niche?NCNI-5 as accessed on March 18, 2024 and a true and correct copy of a printout of the webpage located at: https://www.homedepot.com/s/pink%20shower%20niche?NCNI-5 as accessed on March 18, 2024.

8. Attached hereto as Exhibit 6 is a true and correct copy of a screen recording of Alpinebay's YouTube video entitled "How to Install EZ-Niches® Wall Recessed Niches" located at: https://www.youtube.com/watch?v=N84hJUicYrA as accessed on February 15, 2024.

9. Attached hereto as Exhibit 7 is a true and correct copy of a printout of the webpage located at: https://alpinebay.com/wp-content/uploads/2024/01/EZ-NICHES.pdf as accessed on March 18, 2024.

10. Attached hereto as Exhibit 8 is a true and correct copy of a printout of the webpage located at: https://alpinebay.com/wp-content/uploads/2024/01/EZ-NichesInstallationGuide.pdf as accessed on March 18, 2024 and a true and correct copy of a printout of the webpage located at: https://images.thdstatic.com/catalog/pdfImages/f1/f1709293-5c86-4393-bb05-c7266259f68a.pdf

as accessed on March 18, 2024. The foregoing is made accessible by expanding the "Product Details" tab of the webpage located at: https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001 and selecting "Installation Guide", which redirects consumers to https://images.thdstatic.com/catalog/pdfImages/f1/f1709293-5c86-4393-bb05-c7266259f68a.pdf.

11. Attached hereto as Exhibit 9 is a true and correct copy of a printout of the webpage located at: https://images.thdstatic.com/catalog/pdfImages/a1/a14ab81a-3856-43ce-bb3e-85f407dbe901.pdf as accessed on March 18, 2024. The foregoing is made accessible by expanding the "Product Details" tab of the webpage located at: https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001 and selecting "Warranty", which redirects consumers to https://images.thdstatic.com/catalog/pdfImages/a1/a14ab81a-3856-43ce-bb3e-85f407dbe901.pdf.

12. Attached hereto as Exhibit 10 is a true and correct copy of a printout of the webpage located at: https://images.thdstatic.com/catalog/pdfImages/b3/b3053101-9da0-45d2-8df9-cb9dbd50b68b.pdf as accessed on March 18, 2024. The foregoing made accessible by expanding the "Product Details" tab of the webpage located at: https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001 and selecting "Use and Care Manual", which redirects consumers to https://images.thdstatic.com/catalog/pdfImages/b3/b3053101-9da0-45d2-8df9-cb9dbd50b68b.pdf.

FURTHER Affiant saith not.

Dated: March 18, 2024

                                              Kaity Y. Emerson (*pro hac vice*)
                                              N.C. State Bar No. 57882
                                              MOORE & VAN ALLEN PLLC
                                              Bank of America Corporate Center
                                              100 North Tryon Street, Suite 4700
                                              Charlotte, North Carolina 28202
                                              (704) 331-1000
                                              (704) 331-1159 (facsimile)
                                              E-mail: kaityemerson@mvalaw.com

SWORN TO AND SUBSCRIBED before me this 18 day of March, 2024.

_____              (NOTARIAL SEAL)
Notary Public

KELLY F. LOWDER
Printed Name of Notary Public

Commission Expires: 8/25/2025

[*Signature Page of Emerson Affidavit*]