# Exhibit 1

February 12 2024
12 12 52
11" X 16" – Medium Rectangular Niche – Alpinebay Pre Production
https://alpinebay.com/product/11-x-16-medium-rectangular-niche/

HOME  BRANDS  ABOUT  BECOME A DEALER  RESOURCES  WHERE TO BUY  CONTACT



ez niches

## 11" X 16" – MEDIUM RECTANGULAR NICHE

Outside: 14-1/4" x 19-1/4" x 3-3/4"
Inside: 11-1/4" x 16-1/4" x 3-5/8"
Rough-in: 11-1/2" x 16-1/2" x 3-3/4"

Introducing EZ-NICHES® from Alpinebay® – the ultimate solution for hassle-free recessed niche construction. Say goodbye to the costly and time-consuming process of building from scratch. Our prefabricated design is ready to tile, allowing you to create a stunning shower niche in a matter of minutes.

Crafted from recycled ABS, a lightweight and durable material, EZ-NICHES® offer exceptional strength and longevity. These niches not only provide a functional storage space for your shower essentials but also serve as a stylish focal point for decorative tiles. With multiple sizes available, the possibilities for creating unique and personalized designs are endless.

Upgrade your bathroom with EZ-NICHES® and experience the convenience, durability, and aesthetic appeal they bring. Say hello to a simplified niche installation process and hello to a beautiful and organized shower space.

     

 LEARN MORE