# Exhibit 3

February 15 2024
11 11 15
14″ X 22″ – Large Rectangular Niche – Alpinebay
https://alpinebay.com/product/14-x-22-large-rectangular-niche/







### 14" X 22" – LARGE RECTANGULAR NICHE

Outside: 17-1/4" x 25-1/4" x 3-3/4"
Inside: 14" x 22" x 3-5/8"
Rough-in: 14-1/4" x 22-1/4" x 3-3/4"

Introducing EZ-NICHES® from Alpinebay® – the ultimate solution for hassle-free recessed niche construction. Say goodbye to the costly and time-consuming process of building from scratch. Our prefabricated design is ready to tile, allowing you to create a stunning shower niche in a matter of minutes.

Crafted from recycled ABS, a lightweight and durable material, EZ-NICHES® offer exceptional strength and longevity. These niches not only provide a functional storage space for your shower essentials but also serve as a stylish focal point for decorative tiles. With multiple sizes available, the possibilities for creating unique and personalized designs are endless.

Upgrade your bathroom with EZ-NICHES® and experience the convenience, durability, and aesthetic appeal they bring. Say hello to a simplified niche installation process and hello to a beautiful and organized shower space.

     

**LEARN MORE**

## OUR EZNICHE PRODUCTS









**16" X 32" – EXTRA LARGE RECTANGULAR NICHE**

**14" X 36" – EXTRA EXTRA LARGE RECTANGULAR NICHE**

**14" X 14" – LARGE SQUARE NICHE**







**11" X 16" – MEDIUM RECTANGULAR NICHE**

**8" X 14" – SMALL RECTANGULAR NICHE**

**7" X 8" – SMALL NICHE/FOOTREST**



HEADQUARTERS

1668 El Pinal Drive,
Stockton CA 95205

+`1 209 462 1818

NAVIGATION

Home

Brands

About

Copyright © Alpinebay
All Right Reserved

February 15 2024
11 11 15
14″ X 22″ – Large Rectangular Niche – Alpinebay
https://alpinebay.com/product/14-x-22-large-rectangular-niche/

info@alpinebay.com

Contact