# Exhibit 4

March 18 2024
07 52 14
EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche EZ-LRN - The Home Depot
https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001

#1 Home Improvement Retailer

Midtown 10PM | 30308 | What can we help you find today? | Shop All | Services | DIY | Me | Cart

... / Bath / Showers / Shower Walls & Surrounds / Shower Niches

Internet # 206527001 Model # EZ-LRN Store SKU # 1003062103

EZ Niche

## 14 in. x 22 in. x 4 in. Large Rectangular Niche

(14) Questions & Answers (8)

Hover Image to Zoom

Share Print

**$77.59**

Pay **$52.59** after **$25 OFF** your total qualifying purchase upon opening a new card.
Apply for a Home Depot Consumer Card

- Save time and money with easy installation
- Mount vertically or horizontally
- Measures 22 in. H x 14 in. W x 4 in. D
- View More Details

Pickup at Midtown | Delivering to 30308

**Ship to Store**
**Mar 25 - Mar 27**
985 available
**FREE**

**Delivery**
**Mar 25 - Mar 26**
985 available
**FREE**

- 1 + **Add to Cart**

— or —

Buy now with PayPal

**Free & Easy Returns In Store or Online**
Return this item within **90 days** of purchase. Read Return Policy

Live Chat
Feedback



March 18 2024
07 52 14
EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche EZ-LRN - The Home Depot
https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001

## Frequently Bought Together



**CURRENT ITEM**

☑ Select

EZ Niche
14 in. x 22 in. x 4 in. Large Rectangular Niche
★★★★☆ (14)
$77⁵⁹

\+

☑ Select

EZ Niche
Shelf Only for Large Rectangular Niche
★★★★☆ (2)
$15⁰¹

\+

☑ Select

Saint-Gobain ADFORS
FibaTape Alkali-Resistant 2 in. x 150 ft. Self-...
★★★★☆ (270)
$7⁸⁷

\+

☑ Select

Custom Building Products
RedGard 1 Gal....
★★★★☆ (1237)
$55⁹⁷

\+

☑ Select

USG Durock Brand
1/2 in. x 3 ft. x 5 ft. Cement Board with...
★★★★☆ (863)
$12⁶⁶

\+

☑ Select

Backer-On
#9 x 1-1/4 in. Serrated Flat Head Star Drive...
★★★★☆ (673)
$34⁹⁸

‹  1/1  ›

Subtotal: **$204.⁰⁸**

[ **Add 6 Items to Cart** ]

## Product Details   ⌃

### About This Product

EZ-NICHES are lightweight, durable, and waterproof installation systems for your shower walls and bathrooms. They are easy to install, versatile, and come in a range of sizes and configurations to fit a variety of shower designs. Use modified thin-set mortar to adhere tile directly onto the EZ-NICHES for a seamless and professional look to your shower design. With EZ-NICHES, you can eliminate messy and unattractive shower necessities and enjoy a clean and organized space.

### Highlights

- Saves time and money compared to traditional niche construction methods
- Water and mildew proof for a long-lasting and durable installation
- Versatile installation options, can be installed horizontally or vertically
- Made from eco-friendly recycled ABS plastic, a sustainable and environmentally-friendly material
- Fits all standard wall framing for a hassle-free installation process.
- Range of sizes and configurations available to fit a variety of shower designs
- Modified thin-set mortar is a strong and durable adhesive that adheres tile directly onto the EZ-NICHES installation system for a long-lasting and secure hold.
- Made in USA
- Install vertically or horizontally
- Return Policy

### Product Information

Internet # 206527001
Model # EZ-LRN
Store SKU # 1003062103

### Additional Resources

Shop All EZ Niche

**From the Manufacturer**
- Warranty
- Installation Guide
- Product Brochure
- Use and Care Manual
- Return Policy



**Nivencai**
12 in. W x 24 in. H x 4 in. D Stainless Steel Shower Nic...
$135.⁰⁰ /box

[ **Shop Now** ]

Sponsored



### Specifications

Dimensions: H 14 in, W 22 in, D 3.63 in

#### Dimensions

| | | | |
|---|---|---|---|
| Product Depth (in.) | 3.63 in | Product Height (in.) | 14 in |
| Product Width (in.) | 22 in | | |

#### Details

| | | | |
|---|---|---|---|
| Color Family | Purple | Color/Finish | Tile will be installed over the surface of the niche |
| Features | No Additional Features | Material | Acrylonitrile Butadiene Styrene (ABS) |
| Number of Shower Pieces | 1 Piece | Pack Size | 1 |
| Product Weight (lb.) | 3.22 lb | Returnable | 90-Day |

#### Warranty / Certifications

| | | | |
|---|---|---|---|
| Certifications and Listings | No Certifications or Listings | Manufacturer Warranty | 5 years limited |

How can we improve our product information? Provide feedback.

### Questions & Answers

8 Questions

### Customer Reviews

4.5 out of 5 ★★★★½ (14)

### More To Explore

Sponsored

| VIGO | VIGO | ANZZI | VIGO | VIGO | SEACHROME |
|---|---|---|---|---|---|
| Elan 44 to 48 in. W x 74 in. H Framed Sliding Shower Do... | Zenith 34 in. W x 74 in. H Frameless Fixed Shower... | Enchant 60.4 in. x 70 in. Framed Sliding Shower Door ... | Elan 68 to 72 in. W x 74 in. H Sliding Frameless Shower Do... | Elan 60 to 64 in. W x 74 in. H Frameless Sliding Shower Do... | Silhouette Folding Wall Mount Shower Bench Seat in Teak... |
| ★★★★★ (1865) | ★★★★★ (173) | ★★★★★ (6) | ★★★★★ (1820) | ★★★★★ (1865) | |
| $959⁹⁰ $1199.00 Save $240.00 (20%) | $599⁹⁰ | $546⁸⁸ | $1119⁹⁰ $1399.00 Save $280.00 (20%) | $1039⁹⁰ $1299.00 Save $260.00 (20%) | $375⁰⁰ /piece |

March 18 2024
07 52 14
EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche EZ-LRN - The Home Depot
https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001



| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

< 1/4 >

## Compare Similar Items

| CURRENT ITEM | | | |
|---|---|---|---|
| **EZ Niche** 14 in. x 22 in. x 4 in. Large Rectangular Niche ★★★★½ (14) $77⁵⁹ | **Tile Redi** Redi Niche Shampoo - Soap Niche 16 in. W x 14 in. H x 4 in. D Standard Single Niche ★★★★★ (191) $55⁰⁰ | **Logmey** 19 in. W x 15 in. H x 4 in. D 18 Gauge Stainless Steel Shower Niche in Gunmetal Black $90⁶⁰ /carton | **Tile Redi** Redi Niche 16 in. x 14 in. Double Niche Set ★★★★ (24) $99⁰⁰ |

| Material | | | |
|---|---|---|---|
| Acrylonitrile Butadiene Styrene (ABS) | High-Impact Polystyrene (HIPS) | Stainless Steel | High-Impact Polystyrene (HIPS) |

| Features | | | |
|---|---|---|---|
| No Additional Features | Shelves, Tile Ready | No Additional Features | Shelves, Tile Ready |

| Number of Shower Pieces | | | |
|---|---|---|---|
| 1 Piece | 1 Piece | 1 Piece | 2 Pieces |

March 18 2024
07 52 14
EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche EZ-LRN - The Home Depot
https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001



### Related Searches

shower wall niche · kerdi niche · tile redi · single niche 14 · bathroom niche · niche box

**March 18 2024**
07 52 14
EZ Niche 14 in. x 22 in. x 4 in. Large Rectangular Niche EZ-LRN - The Home Depot
https://www.homedepot.com/p/EZ-Niche-14-in-x-22-in-x-4-in-Large-Rectangular-Niche-EZ-LRN/206527001

## Related Products



**Redi Niche Shampoo - Soap Niche 16 in. W x 14 in. H x 4 in. D...**

Tile Redi is the inventor of Tile Ready shower products. Tile R...

View Product

**Kerdi-Board-SN 12 in. x 28 in. Shower Niche**

Kerdi-Board-SN 12 in. x 28 in. Shower Niche is a prefabricate...

View Product



**Over Mount Installation 16 in. x 28 in. ABS Single Shelf Bathroo...**

Concerned about mold and leakage in your contractor...

View Product

**12 in. W x 20 in. H x 3.5 in. D Kerdi-Board-SN Shower Niche in...**

Kerdi-Board-SN 12 in. x 20 in. Shower Niche is a prefabricate...

View Product

Explore More on homedepot.com

---

**How doers get more done™**

Need Help? Please call us at: **1-800-HOME-DEPOT** (1-800-466-3337)

### Customer Service
Check Order Status
Pay Your Credit Card
Order Cancellation
Returns
Shipping & Delivery
Product Recalls
Help & FAQs
Privacy & Security Center

### Resources
Specials & Offers
Military Discount Benefit
DIY Projects & Ideas
Truck & Tool Rental
Installation & Services
Moving Supplies & Rentals
Protection Plans
Rebate Center
Gift Cards
Catalog
Subscriptions

### About Us
Careers
Corporate Information
Digital Newsroom
Home Depot Foundation
Investor Relations
Government Customers
Suppliers & Providers
Affiliate Program
Eco Actions
Corporate Responsibility
Home Depot Licensing Information

Special Financing Available everyday*

Pay & Manage Your Card

Credit Offers

Get $5 off when you sign up for emails with savings and tips.

Enter Email Address | GO

    

### Shop Our Brands

 

    

© 2000-2024 Home Depot. All Rights Reserved. Use of this site is subject to certain Terms of Use.
Local store prices may vary from those displayed. Products shown as available are normally stocked but inventory levels cannot be guaranteed.
For screen reader problems with this website, please call 1-800-430-3376 or text 38698 (standard carrier rates apply to texts).

Stores   ©2000-2024 Home Depot   Privacy & Security Statement   Terms   My Preference Center   California Privacy Rights & Report   Limit the Use of My Sensitive Personal Information   Do Not Sell or Share My Personal Information   California Supply Chain Act
Site Map   Store Directory