# Exhibit 5

SAME-DAY* & NEXT-DAY DELIVERY *Order Select Items by 4 p.m. Exclusions Apply.

Midtown 10PM    30308    purple shower niche    Shop All    Services    DIY    Me    Cart

Home / Text Search / purple shower niche



Sponsored
STERLING.
A KOHLER COMPANY
DURABLE BATH & SHOWER SYSTEMS
Made of Solid Vikrell® Material, They're Built to Last
Shop Now

# PURPLE SHOWER NICHE

87 Results                                                    Sort by: Best Match ∨

**Get It Fast**

☐ In Stock at Store Today

Midtown & nearby stores ∨

☐ Free 1-2 Day Delivery

☐ Same-Day Delivery

**Department**

Bath

Flooring

Storage & Organization

Showers

Shower Accessories

Bathroom Storage

Flooring Supplies

Tile

Bathroom Accessories

Bathroom Safety

Hooks

Shelving

Shower Walls & Surrounds

Shower Caddies



♡ 88

$33.44

★★★★½ (6)

Model# EZ-SN

**EZ Niche**
Small Niche and Footrest

⊙ Pickup
Free ship to store

⊙ Delivery
Free

**Add to Cart**

☐ Compare

♡ 281

$67.89

★★★★☆ (56)

Model# EZ-MRN

**EZ Niche**
11 in. x 16 in. x 4 in. Medium Rectangular Niche

⊙ Pickup
Free ship to store

⊙ Delivery
Free

**Add to Cart**

☐ Compare

♡ 288

$107.40

★★★★☆ (21)

Model# US3000007

**wedi**
16 in. x 22 in. Shower Niche with Adjustable Shelf

⊙ Pickup
Free ship to store

⊙ Delivery
Free

**Add to Cart**

☐ Compare

New  Sponsored

♡

$135.00 /box

Model# NC1224BK

**Nivencai**
12 in. W x 24 in. H x 4 in. D Stainless Steel Shower Niche in Matte Black

⊙ Pickup
Free ship to store

⊙ Delivery
Free

**Add to Cart**

☐ Compare

Live Chat

Feedback

**March 18 2024**
**08 00 41**
**Search Results for purple shower niche at The Home Depot**
**https://www.homedepot.com/s/purple shower niche?NCNI-5**



Bathroom Shelves

Flooring Tools

Tile Trim

Bathtub Accessories

Bathtub Mats

Shower Curtains

Shower Stalls & Kits

Shower Niches

Shower Shelves

Floor Installation Kits

+ See More Departments

**Price**

$ Min to $ Max  Go

☐ $0 - $10
☐ $10 - $20
☐ $20 - $30
☐ $30 - $40
☐ $40 - $50

+ View All

**Review Rating**

★★★★★
Please choose a rating

**Brand**

Search

☐ Tile Redi
☐ AKDY
☐ SEEUTEK
☐ Bath Bliss
☐ Schluter

+ View All

**Number of Shower**

---

♡ 102

$50.09

★★★★☆ (18)
Model# NCH1212

**PolyNiche**
12 in. x 12 in. x 3.5 in. Shower Niche in Gray

● Pickup
  Free ship to store
● Delivery
  Free

**Add to Cart**
☐ Compare

---

♡ 300

$120.00

★★★★★ (27)
Model# RNT1620D-14

**Tile Redi**
Redi Niche 16 in. x 34 in. Triple Shower Niche Set in Black

● Pickup
  Free ship to store
● Delivery
  Free

**Add to Cart**
☐ Compare

---

♡

$257.55

Model# ABNP0836-BG

**ALFI BRAND**
8 in. W x 36 in. H x 4 in. D Stainless Steel Shower Niche in Brushed Gold PVD

● Pickup
  Free ship to store
● Delivery
  Free

**Add to Cart**
☐ Compare

---

♡

$244.29

★★★★★ (1)
Model# ABNP0836-BC

**ALFI BRAND**
8 in. W x 36 in. H x 4 in. D Stainless Steel Shower Niche in Brushed Copper PVD

● Pickup
  Free ship to store
● Delivery
  Free

**Add to Cart**
☐ Compare

---

♡ 134

$67.24

★★★★☆ (11)
Model# NCHS1216

**PolyNiche**
12 in. x 16 in. x 3.5 in. Shower Niche with Modular Shelf in Gray

---

♡ 373

$69.99

★★★★☆ (22)
Model# SHC-R-1628

**eModernDecor**
Over Mount Installation 16 in. x 28 in. ABS Single Shelf Bathroom Recessed Shower Niche for Shampoo, Toiletry Storage

---

♡ 101

$135.00

★★★★☆ (9)
Model# RNT1614S-14-14

**Tile Redi**
Redi Niche 16 in. x 42 in. Triple Shower Niche Set in Black

---

♡

$141.69

Model# US3000051

**wedi**
16 in. W x 32 in. H x 4 in. D Polystyrene Shower Niche Set of 1 in Gray with Adjustable Shelf

**Pieces**

- ☐ 1 Piece
- ☐ 2 Pieces
- ☐ 3 Pieces

**Product Width (in.)** ⌄

- ☐ 3.63 in
- ☐ 4 in
- ☐ 4.33 in
- ☐ 4.4 in
- ☐ 4.6 in

+ View All

**Features** ⌄

- ☐ Shelves
- ☐ Tile Ready
- ☐ No Additional Features
- ☐ Adjustable Shelf

**Color Family** ⌄

[Search]

- ☐ Stainless Steel
- ☐ Black
- ☐ Gray
- ☐ White
- ☐ Silver

+ View All

**Product Height (in.)** ⌄

- ☐ Less than 5
- ☐ 5 - 10

---

- Pickup — Free ship to store
- Delivery — Free

Add to Cart
☐ Compare

- Pickup — Free ship to store
- Delivery — Free

Add to Cart
☐ Compare

- Pickup — Free ship to store
- Delivery — Free

Add to Cart
☐ Compare

- Pickup — Free ship to store
- Delivery — Free

Add to Cart
☐ Compare

---

**Product 1** ♡ 6

$174.84

★★★★☆ (5)
Model# STH3414

Transolid
Storage Pod 34.5 in. x 14 in. 18-Gauge Stainless Steel Shower Niche

- Pickup — Free ship to store
- Delivery — Free

Add to Cart
☐ Compare

**Product 2** ♡

$139.99 /carton

★★★★★ (4)
Model# BZ-1294

SEEUTEK
24 in. W x 12 in. H x 3.95 in. D Stainless Steel Single Shelf Shower Niche for Shampoo, Toiletry Storage in Black

Shop this Collection

- ✗ Pickup — Unavailable at Midtown
- ✗ Delivery — Unavailable

Add to Cart
☐ Compare

**Product 3** ♡ 347

$48.00

★★★★☆ (23)
Model# RN166S-BI

Tile Redi
Redi Niche Shampoo - Soap Niche 16 in. W x 6 in. H x 4 in. D Standard Single Niche

- Pickup — Free ship to store
- Delivery — Free

Add to Cart
☐ Compare

**Product 4** ♡ 197

$99.00

★★★★★ (15)
Model# RND1620S-6

Tile Redi
Redi Niche 16 in. W x 26 in. H x 4 in. D Shampoo - Soap Double Niche Set

- Pickup — Free ship to store
- Delivery — Free

Add to Cart
☐ Compare



10 - 15

15 - 20

20 - 25

+ View All

**Bath Product Type**

Shower Shelf

Shelf

Shower Wall Surround

Shower/Sauna/Tub Accessory

Bath Accessory

+ View All

**Product Depth (in.)**

Less than 5

5 - 10

10 - 15

15 - 20

25 or Greater

**Material**

Stainless Steel

Acrylonitrile Butadiene Styrene (ABS)

High-Impact Polystyrene (HIPS)

Polystyrene

Metal

+ View All

**Certifications and Listings**

No Certifications or Listings

Certified Listed

ANSI Certified

ASTM Compliant

---

♡ 125

$127⁰⁰

★★★★★ (8)

Model# RNTH1620D-20S

**Tile Redi**

Redi Niche 32 in. W x 20 in. H x 4 in. D Shampoo - Soap Triple Niche Set

Pickup
Free ship to store

Delivery
Free

**Add to Cart**

Compare

---

♡

SPECIAL BUY $199⁰⁰ /box $269.99
Save $70.99 (26%)

★★★★½ (14)

Model# SN005-2

**AKDY**

8 in. W x 36 in. H x 4 in. D Stainless Steel Triple Shelf Bathroom Shower Wall Niche in Matte Black

Pickup
Free ship to store

Delivery
Free

**Add to Cart**

Compare

---

♡ 9

$217⁶⁰

Model# STH4614

**Transolid**

Storage Pod 46.5 in. x 14 in. 18-Gauge Stainless Steel Shower Niche

Pickup
Free ship to store

Delivery
Available

**Add to Cart**

Compare

---

♡ 180

$99⁰⁰

★★★★☆ (24)

Model# RND1614S-14

**Tile Redi**

Redi Niche 16 in. x 14 in. Double Niche Set

Pickup
Free ship to store

Delivery
Free

**Add to Cart**

Compare

---

♡ 58

$157⁰⁰

★★★★★ (3)

Model# RNTH1614S-14-14

**Tile Redi**

Redi Niche 48 in. x 14 in. Triple Shower Niche Set in Black

---

♡

$109⁰⁰ /box

Model# 44452

**Everbilt**

15.75 in. W x 27.2 in. L x 4 in. D Cementitious Foam Waterproof Gray Triple Shower Niche w/Adjustable Shelves for...

Shop this Collection

---

♡

SPECIAL BUY $169⁰⁰ /box $189.33
Save $20.33 (11%)

★★★★★ (22)

Model# SN003-2

**AKDY**

24 in. W x 12 in. H x 4 in. D 18-Gauge Bathroom Shower Niche in Matte Black

---

♡ 24

$157⁰⁰

★★★★★ (2)

Model# RNT166S-14-20

**Tile Redi**

Redi Niche 16 in. x 40 in. Triple Shower Niche Set in Black



- NSF Listed
- + View All

**Manufacturer Warranty**

- 1 Year
- 1-Year Limited Warranty
- 1 year warranty against manufacturing defects.
- 1 year against manufacturing defects
- 3 Year Limited
- + View All

**Color/Finish**

- Polished Stainless
- Brushed Stainless
- Brushed Stainless Steel
- Black
- White
- + View All

**New Arrival**

- Recently Added

Sponsored
STERLING
BATH & SHOWER DOORS THAT

Pickup
Free ship to store
Delivery
Free
Add to Cart
Compare

Pickup
Free ship to store
Delivery
Free
Add to Cart
Compare

Pickup
Free ship to store
Delivery
Free
Add to Cart
Compare

Pickup
Free ship to store
Delivery
Free
Add to Cart
Compare

SPECIAL BUY $199.00 /box ~~$269.00~~
Save $70.00 (26%)

★★★★★ (1)
Model# SN005-4

**AKDY**
8 in. W x 36 in. H x 4 in. D Stainless Steel Triple Shelf Bathroom Shower Niche in Gold

Pickup
Free ship to store
Delivery
Free
Add to Cart
Compare

1 2 3 4 >

Showing **1-24** of **87** results.

March 18 2024
08 00 41
Search Results for purple shower niche at The Home Depot
https://www.homedepot.com/s/purple shower niche?NCNI-5

**BEAUTIFY**

Explore Durable, Easy-to-Install STERLING Products

Shop Now

Search Feedback: **Did you find what you are looking for?**

 

## Customers Who Searched This Viewed



| MOEN | Satico | Satico | Speakman | PROOX | MYCASS |
|---|---|---|---|---|---|
| Adler 4-Spray Single Handle Shower Faucet 1.75 GPM in Chrome (Valve Included) | Single-Handle 1-Spray Round Spray Head Rain Pressure Balanced Wall Mounted... | Single-Handle 1-Spray Round Spray Head Rain Pressure Balanced Wall Mount Shower... | Commander 1-Spray 2-Handle Exposed Shower Faucet in Polished Chrome (Valve... | Single Handle 35-Spray Round High Pressure Shower Faucet with Tub Spout in Matte Blac... | Single-Handle Spray Square High Pressure Wall Mount Shower Faucet with Tub Spo... |
| ★★★★★ (828) | | | | ★★★☆☆ (1) | |
| $89.00 | $186.97 /carton | $184.10 /carton | $594.68 | $163.04 /box | $221.22 /box $260.26 |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

‹  1/2  ›

## Sponsored Products



| Delta | DreamLine | VIGO | VIGO | ANZZI | VIGO |
|---|---|---|---|---|---|
| Mod 60 in. x 71-1/2 in. Soft-Close Frameless Sliding... | Seneca 56 in. to 60 in. W x 76 in. H Sliding Frameless Show... | Elan 44 to 48 in. W x 74 in. H Frameless Sliding Shower Do... | Zenith 34 in. W x 74 in. H Frameless Fixed Shower... | Enchant 60.4 in. x 70 in. Framed Sliding Shower Door ... | Elan 60 to 64 in. W x 74 in. H Frameless Sliding Shower Do... |
| ★★★★☆ (183) | ★★★★★ (324) | ★★★★★ (1865) | ★★★★★ (173) | ★★★★☆ (5) | ★★★★★ (1865) |
| $674.00 | $629.99 $917.99 Save $288.00 (31%) | $959.90 $1199.90 Save $240.00 (20%) | $599.90 | $546.88 | $1039.90 $1299.90 Save $260.00 (20%) |

| Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
|---|---|---|---|---|---|

1/4 ‹ ›

## Recently Viewed



**EZ Niche**
14 in. x 22 in. x 4 in. Large Rectangular Niche

★★★★½ (14)

1/1 ‹ ›

**How doers get more done™**

Need Help? Please call us at: **1-800-HOME-DEPOT**(1-800-466-3337)

### Customer Service
Check Order Status
Pay Your Credit Card
Order Cancellation
Returns
Shipping & Delivery
Product Recalls
Help & FAQs
Privacy & Security Center

### Resources
Specials & Offers
Military Discount Benefit
DIY Projects & Ideas
Truck & Tool Rental
Installation & Services
Moving Supplies & Rentals
Protection Plans
Rebate Center
Gift Cards
Catalog
Subscriptions

### About Us
Careers
Corporate Information
Digital Newsroom
Home Depot Foundation
Investor Relations
Government Customers
Suppliers & Providers
Affiliate Program
Eco Actions
Corporate Responsibility
Home Depot Licensing Information

Special Financing Available everyday*

Pay & Manage Your Card

Credit Offers

Get $5 off when you sign up for emails with savings and tips.

| Enter Email Address | GO |
|---|---|

### Shop Our Brands

      

        

**March 18 2024**
**08 00 41**
**Search Results for purple shower niche at The Home Depot**
**https://www.homedepot.com/s/purple shower niche?NCNI-5**

© 2000-2024 Home Depot. All Rights Reserved. Use of this site is subject to certain Terms Of Use.

Local store prices may vary from those displayed. Products shown as available are normally stocked but inventory levels cannot be guaranteed.

For screen reader problems with this website, please call 1-800-430-3376 or text 38698 (standard carrier rates apply to texts).

Stores   ©2000-2024 Home Depot   Privacy & Security Statement   Terms   My Preference Center   California Privacy Rights & Report   Limit the Use of My Sensitive Personal Information   Do Not Sell or Share My Personal Information   California Supply Chain Act
Site Map   Store Directory

SAME-DAY* & NEXT-DAY DELIVERY *Order Select Items by 4 p.m. Exclusions Apply.

Midtown 10PM    30308    pink shower niche

Shop All    Services    DIY    Me    Cart

Home / Text Search / pink shower niche

Sponsored
STERLING
A KOHLER COMPANY
BATH & SHOWER DOORS THAT BEAUTIFY
Explore Durable, Easy-to-Install STERLING Products
Shop Now

# PINK SHOWER NICHE

92 Results

Sort by: Best Match

**Get It Fast**

☐ In Stock at Store Today
Midtown & nearby stores
☐ Free 1-2 Day Delivery
☐ Same-Day Delivery

**Department**

Bath
Flooring
Storage & Organization
Showers
Shower Accessories
Flooring Supplies
Bathroom Storage
Bathroom Accessories
Tile
Shelving
Shower Walls & Surrounds
Shower Caddies
Shower Curtains
Flooring Tools



**Top Rated**    ♡ 1.3k

$55⁰⁰

★★★★☆ (191)
Model# RN1614S-BI
Tile Redi
Redi Niche Shampoo - Soap Niche 16 in.
W x 14 in. H x 4 in. D Standard Single
Niche

🔵 Pickup
Free ship to store
🔵 Delivery
Free

**Add to Cart**

☐ Compare

---

♡ 102

$50⁰⁹

★★★★☆ (18)
Model# NCH1212
PolyNiche
12 in. x 12 in. x 3.5 in. Shower Niche in
Gray

🔵 Pickup
Free ship to store
🔵 Delivery
Free

**Add to Cart**

☐ Compare

---

♡ 11

$57⁵⁴

★★★☆☆ (2)
Model# SNI-12-BLU20
ALINO
12 in. x 20 in. Shower Niche bonded with
waterproof membrane (Tile ready)

🔵 Pickup
Free ship to store
🔵 Delivery
Free

**Add to Cart**

☐ Compare

---

**New** Sponsored    ♡

$135⁰⁰ /box

Model# NC1224BK
Nivencai
12 in. W x 24 in. H x 4 in. D Stainless Steel
Shower Niche in Matte Black

🔵 Pickup
Free ship to store
🔵 Delivery
Free

**Add to Cart**

☐ Compare







March 18 2024
08 02 34
Search Results for pink shower niche at The Home Depot
https://www.homedepot.com/s/pink shower niche?NCNI-5

Bathroom Shelves
Bathtub Accessories
Shower Curtain Liners
Shower Niches
Shower Shelves
Floor Installation Kits
+ See More Departments

**New Arrival**

☐ Recently Added

**Price**

$ Min to $ Max Go

☐ $0 - $10
☐ $10 - $20
☐ $20 - $30
☐ $30 - $40
☐ $40 - $50

+ View All

**Review Rating**

★★★★★
Please choose a rating

**Brand**

Search

☐ Tile Redi
☐ AKDY
☐ SEEUTEK
☐ Bath Bliss

SPECIAL BUY $199.00 /box ~~$269.00~~ Save $70.00 (26%)

★★★★★ (1)
Model# SN005-4
**AKDY**
8 in. W x 36 in. H x 4 in. D Stainless Steel Triple Shelf Bathroom Shower Niche in Gold

Pickup
Free ship to store
Delivery
Free

Add to Cart
☐ Compare

SPECIAL BUY $89.00 /box ~~$139.99~~ Save $50.99 (36%)

★★★★★ (13)
Model# SN006-1
**AKDY**
14 in. W x 12 in. H x 4 in. D Stainless Steel Bathroom Shower Wall Niche in Brushed Stainless Steel

Pickup
Free ship to store
Delivery
Free

Add to Cart
☐ Compare

$257.55

Model# ABNP0836-BG
**ALFI BRAND**
8 in. W x 36 in. H x 4 in. D Stainless Steel Shower Niche in Brushed Gold PVD

Pickup
Free ship to store
Delivery
Free

Add to Cart
☐ Compare

134

$67.24

★★★★☆ (11)
Model# NCHS1216
**PolyNiche**
12 in. x 16 in. x 3.5 in. Shower Niche with Modular Shelf in Gray

Pickup
Free ship to store
Delivery
Free

Add to Cart
☐ Compare

1.6k

March 18 2024
08 02 34
Search Results for pink shower niche at The Home Depot
https://www.homedepot.com/s/pink shower niche?NCNI-5

ALINO

+ View All

Sponsored

STERLING

BATH & SHOWER DOORS THAT BEAUTIFY

Explore Durable, Easy-to-Install STERLING Products

Shop Now

$109.00 /box

Model# 44452

**Everbilt**
15.75 in. W x 27.2 in. L x 4 in. D Cementitious Foam Waterproof Gray Triple Shower Niche w/Adjustable Shelves for...

Shop this Collection

Pickup
Free ship to store
Delivery
Free

Add to Cart

Compare

$99.67

★★★★★ (140)

Model# KB12SN305305A

**Schluter Systems**
12 in. W x 12 in. H x 3.5 in. D Kerdi-Board-SN Shower Niche in Orange

Pickup
Free ship to store
Delivery
Free

Add to Cart

Compare

SPECIAL BUY $169.00 /box ~~$189.33~~ Save $20.33 (11%)

★★★★★ (22)

Model# SN003-2

**AKDY**
24 in. W x 12 in. H x 4 in. D 18-Gauge Bathroom Shower Niche in Matte Black

Pickup
Free ship to store
Delivery
Free

Add to Cart

Compare

$139.99 /carton

★★★★★ (4)

Model# BZ-1294

**SEEUTEK**
24 in. W x 12 in. H x 3.95 in. D Stainless Steel Single Shelf Shower Niche for Shampoo, Toiletry Storage in Black

Shop this Collection

Pickup
Unavailable at Midtown
Delivery
Unavailable

Add to Cart

Compare

347

$48.00

★★★★★ (23)

Model# RN166S-BI

**Tile Redi**
Redi Niche Shampoo - Soap Niche 16 in. W x 6 in. H x 4 in. D Standard Single Niche

Pickup
Free ship to store
Delivery
Free

373

$69.99

★★★★★ (22)

Model# SHC-R-1628

**eModernDecor**
Over Mount Installation 16 in. x 28 in. ABS Single Shelf Bathroom Recessed Shower Niche for Shampoo, Toiletry Storage

Pickup
Free ship to store
Delivery
Free

$62.99

★★★★★ (6)

Model# SN1628-1

**SEEUTEK**
28 in. W x 16 in. H x 3.8 in. D Shower Niche Ready for Tile ABS Single Shelf for Shampoo, Toiletry Storage in Black

Shop this Collection

Pickup
Free ship to store
Delivery
Free

157

$69.00

★★★★★ (34)

Model# RN1620DU

**Tile Redi**
Redi Niche 16 in. x 20 in. Shampoo - Soap Double Niche Set

Pickup
Free ship to store
Delivery
Free

Add to Cart     Add to Cart     Add to Cart     Add to Cart

☐ Compare     ☐ Compare     ☐ Compare     ☐ Compare

♡ 9     ♡ 204     ♡     ♡

$46.09     $56.89     $141.69     $54.54 /carton

★★★☆☆ (2)     ★★★★☆ (23)     Model# US3000051     ★★★★★ (4)

Model# SNI-SI-BLU12     Model# SHC-R-1725D     wedi     Model# BZ-547

**ALINO** 12 in. x 12 in. Waterproof Shower Niche

**eModernDecor** Over Mount Installation 17 in. x 25 in. ABS Double Shelve Bathroom Recessed Shower Niche for Shampoo, Toiletry...

16 in. W x 32 in. H x 4 in. D Polystyrene Shower Niche Set of 1 in Gray with Adjustable Shelf

**SEEUTEK** 16 in. W x 20 in. H x 4 in. D Shower Niche Ready for Tile Single Shelf for Shampoo, Toiletry Storage in Yellow

Shop this Collection

Pickup Free ship to store     Pickup Free ship to store     Pickup Free ship to store     Pickup Free ship to store

Delivery Free     Delivery Free     Delivery Free     Delivery Free

Add to Cart     Add to Cart     Add to Cart     Add to Cart

☐ Compare     ☐ Compare     ☐ Compare     ☐ Compare

March 18 2024
08 02 34
Search Results for pink shower niche at The Home Depot
https://www.homedepot.com/s/pink shower niche?NCNI-5

$134.00 /box ~~$179.99~~
Save $45.99 (26%)

(11)
Model# SN003-1
**AKDY**
24 in. W x 12 in. H x 4 in. D 18-Gauge Bathroom Shower Wall Niche in Brushed Stainless Steel

Pickup
Free ship to store
Delivery
Free

Add to Cart
Compare

$199.00 /box ~~$269.99~~
Save $70.99 (26%)

(14)
Model# SN005-2
**AKDY**
8 in. W x 36 in. H x 4 in. D Stainless Steel Triple Shelf Bathroom Shower Wall Niche in Matte Black

Pickup
Free ship to store
Delivery
Free

Add to Cart
Compare

$349.99 /box

(4)
Model# SN007-2
**AKDY**
36 in. W x 12 in. H x 4 in. D Stainless Steel Bathroom Shower Niche in Matte Black

Pickup
Free ship to store
Delivery
Free

Add to Cart
Compare

$59.15 /carton

(2)
Model# BZ-542
**SEEUTEK**
17 in. W x 25 in. H x 3.75 in. D Shower Niche Ready for Tile Single Shelf for Shampoo, Toiletry Storage in Black
Shop this Collection

Pickup
Free ship to store
Delivery
Free

Add to Cart
Compare

6

$174.84

(5)
Model# STH3414
**Transolid**
Storage Pod 34.5 in. x 14 in. 18-Gauge Stainless Steel Shower Niche





Pickup
Free ship to store

Delivery
Free

Add to Cart

Compare

1 2 3 4 >

Showing **1-24** of **92** results.

**Sponsored Products**

**March 18 2024**
**08 02 34**
**Search Results for pink shower niche at The Home Depot**
**https://www.homedepot.com/s/pink shower niche?NCNI-5**






**DreamLine**
Seneca 56 in. to 60 in. W x 76 in. H Sliding Frameless Show…

★★★★½ (324)

$629.99 ~~$917.99~~ Save $288.00 (31%)

Add to Cart

**VIGO**
Elan 44 to 48 in. W x 74 in. H Frameless Sliding Shower Do…

★★★★½ (1865)

$959.90 ~~$1199.90~~ Save $240.00 (20%)

Add to Cart

**VIGO**
Zenith 34 in. W x 74 in. H Frameless Fixed Shower…

★★★★★ (173)

$599.90

Add to Cart

24-inch x 15-inch in ADA Folding Wall Mount Bathroom Shower Seat Bench, Teak…

★★★★★ (3)

$334.14

Add to Cart

**ANZZI**
Enchant 60.4 in. x 70 in. Framed Sliding Shower Door …

★★★★½ (5)

$546.88

Add to Cart

**Xspracer**
Moray 72 in. W x 76 in. H Sliding Frameless Shower Do…

★★★★★ (7)

$729.00 /box

Add to Cart

‹ 1/4 ›

## Recently Viewed



**EZ Niche**
14 in. x 22 in. x 4 in. Large Rectangular Niche

★★★★½ (14)

‹ 1/1 ›

**How doers get more done™**

Need Help? Please call us at: **1-800-HOME-DEPOT** (1-800-466-3337)

### Customer Service

Check Order Status

Pay Your Credit Card

Order Cancellation

Returns

### Resources

Specials & Offers

Military Discount Benefit

DIY Projects & Ideas

Truck & Tool Rental

### About Us

Careers

Corporate Information

Digital Newsroom

Home Depot Foundation

Special Financing Available everyday*

Pay & Manage Your Card

Credit Offers

**March 18 2024**
**08 02 34**
**Search Results for pink shower niche at The Home Depot**
**https://www.homedepot.com/s/pink shower niche?NCNI-5**

| | | | |
|---|---|---|---|
| Shipping & Delivery | Installation & Services | Investor Relations | Get $5 off when you sign up for emails with savings and tips. |
| Product Recalls | Moving Supplies & Rentals | Government Customers | |
| Help & FAQs | Protection Plans | Suppliers & Providers | Enter Email Address  GO |
| Privacy & Security Center | Rebate Center | Affiliate Program | |
| | Gift Cards | Eco Actions | |
| | Catalog | Corporate Responsibility | |
| | Subscriptions | Home Depot Licensing Information | |

   

## Shop Our Brands

   

      

© 2000-2024 Home Depot. All Rights Reserved. Use of this site is subject to certain Terms Of Use.
Local store prices may vary from those displayed. Products shown as available are normally stocked but inventory levels cannot be guaranteed.
For screen reader problems with this website, please call 1-800-430-3376 or text 38698 (standard carrier rates apply to texts).

Stores   ©2000-2024 Home Depot   Privacy & Security Statement   Terms   My Preference Center   California Privacy Rights & Report   Limit the Use of My Sensitive Personal Information   Do Not Sell or Share My Personal Information   California Supply Chain Act
Site Map   Store Directory