<u>Exhibit 6</u>

Video exhibit being filed in
hard copy with the Court