# Exhibit 7



