# Exhibit 8

March 18 2024
07 53 45
https://alpinebay.com/wp-content/uploads/2024/01/EZ-NichesInstallationGuide.pdf



EZ-Niches Architectural Specification

# Alpinebay®

**Installation guide for EZ-NICHES**

Materials Needed:
- EZ-NICHES installation system
- Template
- Tape measure
- Pencil or marker
- Saw or cutter (such as a jigsaw or reciprocating saw)
- Screws or adhesive
- Modified thin-set mortar
- Tile and grout

Installation Instructions:
1. Choose the appropriate location for the niche on the shower wall. Ensure the niche is not placed too close to any fixtures or obstacles that may interfere with its installation or use.
2. Use the template provided with the EZ-NICHES installation system to trace the outline of the niche onto the shower wall. Ensure the template is level and centered in the desired location.
3. Use a saw or cutter to cut out the opening for the niche. Take care to follow the traced outline accurately to avoid any unnecessary damage or gaps.
4. Insert the EZ-NICHES installation system into the opening and secure it using screws or adhesive, depending on the instructions provided with the system.
5. Once the EZ-NICHES installation system is secured in place, use modified thin-set mortar to adhere tile directly onto the system. Follow the manufacturer's instructions for mixing and application of the mortar.
6. Install the tile onto the EZ-NICHES installation system, ensuring that the tiles are level and aligned properly.
7. Allow the mortar to dry and set completely before grouting the tile. Follow the manufacturer's instructions for mixing and application of the grout.
8. Once the grout has dried and set, clean the surface of the tile and EZ-NICHES installation system with a non-abrasive cleaner and a soft cloth.

Note: EZ-NICHES installation systems are versatile and can be installed horizontally or vertically depending on your shower design. Always ensure that the system is level and centered for a professional and seamless finish.

We hope this installation guide is helpful in ensuring a successful installation of your EZ-NICHES installation system. If you have any questions or concerns, please contact our customer service team for assistance.

Alpinebay, Inc | 1668 EL Pinal Drive, Stockton CA 95205 | info@alpinebay.com
Office: 209-462-1818 Fax: 209-462-8888

Case: 1:19-cv-03978 Document #: 256-10 Filed: 03/18/24 Page 3 of 3 PageID #:3402

March 18 2024
07 54 28
https://images.thdstatic.com/catalog/pdfImages/f1/f1709293-5c86-4393-bb05-c7266259f68a.pdf

EZ-Niches Architectural Specification

# Alpinebay®

## Installation guide for EZ-NICHES

**Materials Needed:**
- EZ-NICHES installation system
- Template
- Tape measure
- Pencil or marker
- Saw or cutter (such as a jigsaw or reciprocating saw)
- Screws or adhesive
- Modified thin-set mortar
- Tile and grout

**Installation Instructions:**
1. Choose the appropriate location for the niche on the shower wall. Ensure the niche is not placed too close to any fixtures or obstacles that may interfere with its installation or use.
2. Use the template provided with the EZ-NICHES installation system to trace the outline of the niche onto the shower wall. Ensure the template is level and centered in the desired location.
3. Use a saw or cutter to cut out the opening for the niche. Take care to follow the traced outline accurately to avoid any unnecessary damage or gaps.
4. Insert the EZ-NICHES installation system into the opening and secure it using screws or adhesive, depending on the instructions provided with the system.
5. Once the EZ-NICHES installation system is secured in place, use modified thin-set mortar to adhere tile directly onto the system. Follow the manufacturer's instructions for mixing and application of the mortar.
6. Install the tile onto the EZ-NICHES installation system, ensuring that the tiles are level and aligned properly.
7. Allow the mortar to dry and set completely before grouting the tile. Follow the manufacturer's instructions for mixing and application of the grout.
8. Once the grout has dried and set, clean the surface of the tile and EZ-NICHES installation system with a non-abrasive cleaner and a soft cloth.

Note: EZ-NICHES installation systems are versatile and can be installed horizontally or vertically depending on your shower design. Always ensure that the system is level and centered for a professional and seamless finish.

We hope this installation guide is helpful in ensuring a successful installation of your EZ-NICHES installation system. If you have any questions or concerns, please contact our customer service team for assistance.

Alpinebay, Inc | 1668 EL Pinal Drive, Stockton CA 95205 | info@alpinebay.com
Office: 209-462-1818 Fax: 209-462-8888