# Exhibit 10



# Alpinebay®

**EZ-NICHES Use and Care Manual**

Installation Instructions:
1. Choose the appropriate location for the niche on the shower wall.
2. Trace the outline of the niche onto the shower wall using the provided template.
3. Cut out the opening for the niche.
4. Insert the EZ-NICHES installation system into the opening and secure it using screws or adhesive.
5. Use modified thin-set mortar to adhere tile directly onto the EZ-NICHES.

Care Instructions:
- EZ-NICHES are easy to clean with a non-abrasive cleaner and a soft cloth.
- Do not use harsh chemicals or abrasive materials as they may damage the surface.
- Avoid impact or heavy weight on the niche to prevent damage.
- In the event of damage, replace the niche immediately to avoid potential water damage.

We hope you enjoy your EZ-NICHES installation and thank you for choosing our product. If you have any questions or concerns, please contact our customer service team for assistance.