# Exhibit C

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ProForm Finishing Products, LLC f/k/a New NGC, Inc. d/b/a National Gypsum Company and Gold Bond Building Products, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Alpinebay, Inc.,<br><br>　　　　Defendant. | Case No. 1:19-CV-03978<br><br>Judge John F. Kness |

## AFFIDAVIT OF CHRISTIAN NOBLE

I, Christian Noble, after being duly sworn state:

1. I am of legal age and am competent to give this affidavit.

2. I am a Manager of Digital Merchandizing, Promotions and Content with National Gypsum Company, and have been in this role since December 2020. I make this affidavit in support of Plaintiffs' Motion to Enforce the Settlement Agreement and for an Order to Show Cause.

3. In my experience, the information set forth in a product specification is typically provided to Home Depot by the product vendor.

4. As Manager of Digital Merchandizing, Promotions and Content, I am responsible for the information National Gypsum provides to Home Depot regarding National Gypsum's products available for sale through Home Depot's website, and I can access and modify product specifications through Home Depot's retailer portal. For example, I have the ability to control the color family specification, among other specifications.

FURTHER Affiant saith not.

Dated: ~~March 18,~~ MARCH 14, 2024

_____
Christian Noble

SWORN TO AND SUBSCRIBED before me this 14 day of March, 2024.

_____
Notary Public

Sarah Howard
Printed Name of Notary Public

(NOTARIAL SEAL)

Commission Expires: January 4, 2027

[*Signature Page of Noble Affidavit*]