# Exhibit D

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ProForm Finishing Products, LLC f/k/a New          )
NGC, Inc. d/b/a National Gypsum Company             )
and Gold Bond Building Products, LLC,               )
                                                    )
      Plaintiffs,                                  )          Case No. 1:19-CV-03978
                                                    )
                                                    )          Judge John F. Kness
v.                                                  )
                                                    )
Alpinebay, Inc.,                                    )
                                                    )
      Defendant.                                   )

## AFFIDAVIT OF MATTHEW C. HAWKINS

I, Matthew C. Hawkins, after being duly sworn state:

1. I am of legal age and am competent to give this affidavit.

2. I am a Litigation Support Manager with the law firm Moore & Van Allen PLLC ("MVA"), located at 100 North Tryon Street, Suite 4700, Charlotte, North Carolina 28202.

3. I attended the trial in this matter in May 2023, assisting with the presentation of electronic evidence at Plaintiffs' counsel table.

4. I make this affidavit in support of Plaintiffs' Motion to Enforce the Settlement Agreement and for an Order to Show Cause.

5. I have a Bachelor of Arts from the University of North Carolina at Charlotte. I have been certified as a Microsoft Certified Systems Engineer. I have worked for MVA for almost 30 years. Among other roles, I have served as a hardware support specialist on the firm's IT team, a network engineer, and an application and project analyst. Starting in 2008, I began working in litigation technical support, and was promoted to Litigation Support Manager in 2016.

6. On February 16, 2024, I received a Dropbox link from Ms. Cole's paralegal. I understand Ms. Cole received the Dropbox link from counsel for Defendant. The Dropbox link contained three photos, which I reviewed in detail.

7. Two of the photos were a .png file format and one of the photos was a .jpg file format. Each of the three photos depicted two wall niches side-by-side: one that looks identical to the Alpinebay wall niches presented to the jury at trial, and the other in a modified color (see attached Exhibit A). I was asked to help determine the date on which each of the photos was taken.

8. Based on my experience, photo metadata typically includes information about a photo, including, but not limited to, the date and time the photo was taken, the author, and the device used to capture the photo. Based on my experience, metadata is typically stored in photos of the .jpg and .png file formats and remains with the photo for its lifetime.

9. In order to determine the date on which these photos were taken (*i.e.*, by extracting photo metadata), I used ExifTool, a metadata viewer that enables users to extract metadata from images.

10. ExifTool found no metadata regarding the date and time the photo was taken, the author, or the device used to capture the photo in any of the photos (see attached Exhibit B).

11. In my experience, the lack of metadata of this type suggests that the photos may have been manipulated in order to limit or strip the metadata associated with each photo.

FURTHER Affiant saith not.

Dated: March 18, 2024

_Matthew C. Hawkins_

Matthew C. Hawkins

SWORN TO AND SUBSCRIBED before me this 15 day of March, 2024.

_Notary Public_
Notary Public

_Leleith Costic_
Printed Name of Notary Public

(NOTARIAL SEAL)

**LELEITH COSTIC**
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires Oct. 28, 2025

Commission Expires: 10/28/2025

*[Signature Page of Hawkins Affidavit]*