# Exhibit A





