# Exhibit B

```
File: C:\tmp\1.txt   3/14/2024, 12:00:07 PM

---- ExifTool ----
ExifTool Version Number         : 12.78
---- System ----
File Name                       : 1.png
Directory                       : .
File Size                       : 608 kB
Zone Identifier                 : Exists
File Modification Date/Time     : 2024:03:14 11:56:28-04:00
File Access Date/Time           : 2024:03:14 11:59:18-04:00
File Creation Date/Time         : 2024:03:14 11:56:28-04:00
File Permissions                : -rw-rw-rw-
---- File ----
File Type                       : PNG
File Type Extension             : png
MIME Type                       : image/png
---- PNG ----
Image Width                     : 657
Image Height                    : 657
Bit Depth                       : 8
Color Type                      : RGB with Alpha
Compression                     : Deflate/Inflate
Filter                          : Adaptive
Interlace                       : Noninterlaced
SRGB Rendering                  : Perceptual
Gamma                           : 2.2
---- PNG-pHYs ----
Pixels Per Unit X               : 2835
Pixels Per Unit Y               : 2835
Pixel Units                     : meters
---- Composite ----
Image Size                      : 657x657
Megapixels                      : 0.432
```

File: C:\tmp\2.txt   3/14/2024, 12:00:38 PM

```
---- ExifTool ----
ExifTool Version Number         : 12.78
---- System ----
File Name                       : 2.jpg
Directory                       : .
File Size                       : 2.1 MB
Zone Identifier                 : Exists
File Modification Date/Time     : 2024:03:14 11:56:32-04:00
File Access Date/Time           : 2024:03:14 11:57:37-04:00
File Creation Date/Time         : 2024:03:14 11:56:32-04:00
File Permissions                : -rw-rw-rw-
---- File ----
File Type                       : JPEG
File Type Extension             : jpg
MIME Type                       : image/jpeg
Image Width                     : 3024
Image Height                    : 4032
Encoding Process                : Baseline DCT, Huffman coding
Bits Per Sample                 : 8
Color Components                : 3
Y Cb Cr Sub Sampling            : YCbCr4:2:0 (2 2)
---- JFIF ----
JFIF Version                    : 1.01
Resolution Unit                 : inches
X Resolution                    : 72
Y Resolution                    : 72
---- Composite ----
Image Size                      : 3024x4032
Megapixels                      : 12.2
```

File: C:\tmp\3.txt   3/14/2024, 12:00:45 PM

```
---- ExifTool ----
ExifTool Version Number         : 12.78
---- System ----
File Name                       : 3.png
Directory                       : .
File Size                       : 1568 kB
Zone Identifier                 : Exists
File Modification Date/Time     : 2024:03:14 11:56:30-04:00
File Access Date/Time           : 2024:03:14 11:57:37-04:00
File Creation Date/Time         : 2024:03:14 11:56:30-04:00
File Permissions                : -rw-rw-rw-
---- File ----
File Type                       : PNG
File Type Extension             : png
MIME Type                       : image/png
---- PNG ----
Image Width                     : 1059
Image Height                    : 1057
Bit Depth                       : 8
Color Type                      : RGB with Alpha
Compression                     : Deflate/Inflate
Filter                          : Adaptive
Interlace                       : Noninterlaced
SRGB Rendering                  : Perceptual
Gamma                           : 2.2
---- PNG-pHYs ----
Pixels Per Unit X               : 2835
Pixels Per Unit Y               : 2835
Pixel Units                     : meters
---- Composite ----
Image Size                      : 1059x1057
Megapixels                      : 1.1
```