# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 2, 2025

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604

| | |
|---|---|
| No. 24-3135 | PROFORM FINISHING PRODUCTS, LLC and GOLD BOND BUILDING PRODUCTS, LLC, <br> Plaintiffs - Appellees <br><br> v. <br><br> ALPINEBAY, INC., <br> Defendant - Appellant |

**Originating Case Information:**
District Court No: 1:19-cv-03978
Northern District of Illinois, Eastern Division
District Judge John F. Kness

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                                 no record to be returned

form name: **c7_Mandate**   (form ID: **135**)