# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 2, 2025

*By the Court*:

| No. 24-3135 | PROFORM FINISHING PRODUCTS, LLC and GOLD BOND BUILDING PRODUCTS, LLC, <br><br> Plaintiffs - Appellees <br><br> v. <br><br> ALPINEBAY, INC., <br><br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:19-cv-03978 <br> Northern District of Illinois, Eastern Division <br> District Judge John F. Kness | |

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRAP 42(b)**, filed on January 2, 2025, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**   (form ID: **137**)